| | |
|---|---|
| JASMOINE CLARK AND<br>KEOSHIA CLARK | DOCKET NO. 678,874 SEC. 23C |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| TERRY COLEMAN, NATIONAL<br>FREIGHT, INC., and NATIONAL<br>UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA | PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA |

**RESPONSES TO DEFENDANTS' FIRST SET OF REQUEST FOR ADMISSIONS AND SUPPLEMENTAL INTERROGATORIES TO PLAINTIFFS, JASMOINE CLARK AND KEOSHIA CLARK**

TO: National Freight, Inc. & National Union Fire Insurance Company of Pittsburgh, PA
Through their Attorney of Record
Brian W. Harrell
5555 Hilton Avenue, Ste. 620
Baton Rouge, LA 70808

NOW INTO COURT, through undersigned Counsel, comes Plaintiff's, JASMOINE CLARK AND KEOSHIA CLARK who for their Answers to First Set of Requests for Admissions and Supplemental Interrogatories propounded by Defendants, NATIONAL FREIGHT, INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, submits the following:

**REQUEST FOR ADMISSION NO. 1:**

The total damages that "you" are seeking to recover from the defendants in this lawsuit exceeds the sum of $75,000.00, exclusive of legal interest and costs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

**Admitted.**

**SUPPLEMENTAL INTERROGATORY NO. 1:**

If "your" response to Request for Admission No. 1 is anything other than an unqualified admission, "identify", "describe" and/or "specify" in detail each and every fact upon which "you" base "your" denial.

**EXHIBIT A**

Plaintiff's are currently under medical care.

## REQUEST FOR ADMISSION NO. 2:

"You" will not seek to recover damages from the defendants in this case in excess of $75,000.00, exclusive of legal interest and costs.

## RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Denied.

## SUPPLEMENTAL INTERROGATORY NO. 2:

If "your" response to Request for Admission No. 2 is anything other than an unqualified admission, "identify", "describe" and/or "specify" in detail each and every fact upon which "you" base "your" denial.

## RESPONSE TO SUPPLEMENTAL INTERROGATORY NO. 2:

**Plaintiff's are still under medical care.**

## SUPPLEMENTAL INTERROGATORY NO. 3:

Please specify the amount that "you" seek in damages for each and every element of physical and emotional injury economic loss, and non-economic loss alleged in "your" original petition.

## RESPONSE TO SUPPLEMENTAL INTERROGATORY NO. 3:

Objection, this asks for a legal conclusion. Without waiving said objection, Plaintiff's sought medical treatment. This Interrogatory is still premature and may be subject to be supplemented throughout the course of Discovery as Plaintiffs are still treating at this time; however, in an effort to cooperate with providing Answers to these Interrogatories, Plaintiff's submit the following estimated special damages subsequent to the subject accident:

Medical Expenses incurred to date as a result of subject accident treatment, as Plaintiffs are still treating:

### JASMOINE CLARK

| | |
|---|---|
| Family Chiropractic | $607.70 |
| LSU Health-North OLOL | $836.00 |
| PEPA | $436.00 |
| Ochsner Clinic | $289.01 |
| Lane Regional | $1,473.95 |
| La Health & Injury | $5,401.60 |
| Bone & Joint | $5050.00 |
| Orthopedic Surgery Center | $7,556.00 |
| DPI | $690.00 |
| Imaging Center of Louisiana | $2300.00 |
| The Physical Therapy | $898.00 |
| C&M Medical | $460.00 |

Total Medicals to date: $25,977.66

### KEOSHIA CLARK

| | |
|---|---|
| LSU Health-North OLOL | $5,214.48 |
| PEPA | $1,232.00 |
| La Health & Injury | $5,432.00 |
| Bone & Joint | $6,132.00 |
| Orthopedic Surgery Center | $6,232.35 |
| DPI | $805.00 |
| Imaging Center of Louisiana | $2,300.00 |
| Anointed Family Medicine | $1,359.11 |

| | |
|---|---|
| Total Care Injury & Pain Center | $555.00 |
| Radiology Associates | $199.00 |
| Baton Rouge Radiology | $235.00 |

Total Medicals to date: $29,786.94

Please also defer to attached certified medical records and itemized billing for an accurate account of the medical expenses incurred as a result of the subject accident.

Lastly and in accordance with Plaintiff's Petition for Damages filed in the subject matter, please see below additional claims asserted by Plaintiff's regarding general damages suffered as a result of the subject accident:

- Physical pain and suffering-past, present and future $500,000.00 each;
- Mental pain & anguish-past, present and future $150,000.00 each;
- Medical expenses-past, present and future $ see above;
- Loss of enjoyment of life- past, present and future $150,000.00 each; and
- Any and all other damages which shall be proven at trial of this matter.

*Plaintiff reserves the right to supplement this response at a later date.

RESPECTFULLY SUBMITTED:
MURPHY LAW FIRM

_____
PEYTON P. MURPHY (#22125)
ASHLEIGH N. MAZERAC (#37223)
TROY D. MORAIN (#19070)
CANDY F. BE (#24414)
2354 S. Acadian Thruway
Baton Rouge, Louisiana 70808
Telephone: (225) 928-8800
Facsimile: (225) 928-8802
Email: peyton@murphylawfirm.com
       ashleigh@murphylawfirm.com
       troy@murphylawfirm.com
       candy@murphylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record by United States mail, properly addressed and first-class postage prepaid, and or EMAIL electronic filing, facsimile transmission or hand delivery on April 17, 2019.

Peyton P. Murphy